ARCHER & GREINER, P.C.
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121

*Attorneys for Defendant Exxon Mobil Corporation*

By: MAUREEN T. COGHLAN, ESQ.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| BOCA RATON POLICE and FIRE FIGHTERS' RETIREMENT SYSTEM,<br><br>Plaintiff,<br><br>v.<br><br>EXXON MOBIL CORPORATION,<br><br>Defendant. | Civil Action No.: 3:25-cv-18060<br><br>**NOTICE OF MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1404(a)**<br><br>Return Date: March 2, 2026<br><br>Oral Argument Requested<br><br>*Filed Electronically* |

**TO: ALL COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on March 2, 2026, or as soon thereafter as counsel may be heard, the undersigned attorneys for Defendant Exxon Mobil Corporation ("ExxonMobil") shall move before the Honorable Zahid N. Quraishi, U.S.D.J., at the United States District Court, District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey

08608, Courtroom 4W, for the entry of an Order transferring the above-captioned action to the United States District Court for the Southern District of Texas pursuant to 28 U.S.C. § 1404(a).

**PLEASE TAKE FURTHER NOTICE** that in support of this motion, the undersigned relies upon Defendant's Memorandum of Law in Support of Motion to Transfer Venue, and the documents and authorities cited therein, the Declaration of Ashley Wittrig in Support Thereof, and the Proposed Form of Order submitted herewith.

**PLEASE TAKE FURTHER NOTICE** that pursuant to L. Civ. R. 78(1)(b), counsel respectfully requests oral argument on the motion.

Dated: February 6, 2026

Respectfully submitted,

*/s/ Maureen T. Coghlan*
Maureen T. Coghlan, Esq.

**ARCHER & GREINER, P.C.**
1025 Laurel Oak Road
Voorhees, New Jersey 08043
(856) 795-2121
mcoghlan@archerlaw.com

Andrew Ditchfield (*pro hac vice admission pending)*
Daniel J. Schwartz (*pro hac vice admission pending)*
Kevin E. Sette (*pro hac vice admission pending)*
**DAVIS POLK & WARDWELL LLP**
450 Lexington Avenue
New York, New York 10017
Telephone: (212) 450-4000
Facsimile: (212) 701-5800
andrew.ditchfield@davispolk.com
daniel.schwartz@davispolk.com
kevin.sette@davispolk.com

*Attorneys for Defendant Exxon Mobil Corporation*